UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-cv-61533

LIONAL DALTON,

  Plaintiff,

vs.

ABLA UNLIMITED CORPORATION
d/b/a ABLA IMPORT AUTOS,

  Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

  Plaintiff, LIONAL DALTON, and Defendant, ABLA UNLIMITED CORPORATION

d/b/a ABLA IMPORT AUTOS, by and through the undersigned counsel, and pursuant to Rule

41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the immediate dismissal of

the above referenced action with prejudice, as the parties have amicably settled this matter.

  AGREED and STIPULATED on this 21st day of July, 2016.

*/s/ Mark D. Cohen*_____
Mark D. Cohen, Esquire
Florida Bar No. 347345
*/s/ Jaci R. Mattocks*_____
Jaci R. Mattocks, Esquire
Florida Bar No. 115765
**J & M ADVOCACY GROUP, LLC**
4000 Hollywood Blvd., Ste. 435 South
Hollywood, FL 33021
Telephone: (954) 962-1166
Facsimile: (954) 962-1779
Email: service@jmadvocacygroup.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of July 2016, a true and correct copy of the foregoing document is being filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.


Respectfully submitted,

**J & M Advocacy Group, LLC**
*Attorney for Plaintiff*
Presidential Circle, Ste. #435 So.
4000 Hollywood Blvd.
Hollywood, FL 33021
Telephone: (954) 962-1166
Facsimile: (954) 962-1779
Email: service@jmadvocacygroup.com

By: */s/ Mark D. Cohen*_____
Mark D. Cohen, Esquire
Florida Bar No. 347345