United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Lional Dalton, Plaintiff,<br><br>v.<br><br>Abla Unlimited Corporation dba<br>Abla Import Auto's, Defendant. | Civil Action No. 16-61533-Civ-Scola |

### Order Of Dismissal

The Plaintiff has dismissed this case with prejudice consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Stip. of Dismissal with Prejudice, ECF No. 7). The Court directs the Clerk to **close** this case. All pending motions are denied as moot.

**Done and ordered** in chambers, at Miami, Florida on July 22, 2016.

_____
Robert N. Scola, Jr.
United States District Judge